**431**

Francis I. **PONSELL**, Defendant Below,
Appellant,

v.

Bernard B. **KLEBANOFF**, trading as Bernard B. Klebanoff & Associates, Plaintiff Below, Appellee.

Supreme Court of Delaware.

Dec. 1, 1972.

David A. Eastburn, Wilmington, for defendant below, appellant.

Clyde M. England, Jr. and Joseph A. Calvarese, Jr., of Killoran & Van Brunt, Wilmington, for plaintiff below, appellee.

Before WOLCOTT, C. J., and CAREY and HERRMANN, JJ.

PER CURIAM:

In this action for a broker's commission, the property owner appeals from summary judgment entered by the Superior Court for the broker.

The Opinion below appears at 290 A.2d 668. For the reasons stated therein, the judgment below is affirmed.

**CHRYSLER CORPORATION**, Appellant-Employer,

v.

John **CHAMBERS**, Appellee-Employee.

Supreme Court of Delaware.

July 10, 1972.

Carl Schnee, of Tybout, Redfearn & Schnee, Wilmington, for appellant-employer.

Oliver V. Suddard, Wilmington, for appellee-employee.

Before WOLCOTT, C. J., and CAREY and HERRMANN, JJ.

PER CURIAM.

In this workmen's compensation case, the Superior Court affirmed the award of the Industrial Accident Board to the employee for the loss of a testicle. See 288 A.2d 450.

The contentions presented here by the employer were duly considered and ruled upon by the Superior Court. We agree with the conclusions and the reasons therefor stated by the Superior Court. See also Guy Johnston Construction Co. v. Kennedy, Del.Supr., 287 A.2d 658 (1972); Williams v. Chrysler Corporation, Del.Supr., 293 A.2d 802 (1972).

Affirmed.